IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CATHERINE D. FREDERICK ) | |
| ) | |
| v. ) | NO. 3:23-cv-00813 |
| ) | Judge Campbell |
| CRACKER BARREL OLD COUNTRY ) | Magistrate Judge Holmes |
| STORE, INC. ) | |

**O R D E R**

On October 4, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See* Docket Entry No. 8. Defendant has not filed an answer or a motion for summary judgment.[1]

In accordance with Rule 41(a)(1)(A)(i), the notice filed by Plaintiff is a self-effectuating dismissal of the entire action without the necessity of any action by the Court.

Accordingly, the Court acknowledges that this case has been DISMISSED WITHOUT PREJUDICE at Plaintiff's request effective as of October 4, 2023, the date of Plaintiff's notice. The Clerk is directed to close the case.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

1 Indeed, the docket reflects that Defendant has not been served with process.